1  Brian Hogan  SBN# 257431
   Rubicon Legal Services
2  101 Broadway Ave.
   Richmond, California 94804
3  (510) 620-1161 (phone)
   (510) 232-2271 (fax)
4  bhogan@rubiconprograms.org

5  Attorney for Plaintiff

6              **UNITED STATES DISTRICT COURT**

7              **NORTHERN DISTRICT OF CALIFORNIA**

8

9  DANIEL J. RAAB,                    )
                                       )
10            Plaintiff,               )     CIVIL NO. 12-02110-CW
         vs.                           )
11                                     )
   MICHAEL J. ASTRUE,                  )     STIPULATION AND ORDER TO
12 Commissioner of Social Security     )     EXTEND TIME FOR PLAINTIFF
                                       )     TO FILE MOTION FOR SUMMARY
13            Defendant.               )     JUDGMENT
   _____)

14

15         IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to

16  Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of

17  21 days in which to file his Motion for Summary Judgment.[1]  Plaintiff's motion was due on

18  September 10, 2012, pursuant to Civil L.R. 16-5.  Plaintiff's Motion for Summary Judgment is

19  now due on October 1, 2012.

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

---

1. See attached Declaration of Brian Hogan on behalf of Daniel Raab.

This is Plaintiff's first request for an extension.

Dated: 9/6/2012              ____/S/_____
                             BRIAN HOGAN
                             Attorney for Plaintiff


Dated: 9/6/2012              ____/S/_____
                             SUNDEEP PATEL
                             Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated:   9/11/2012           _____
                             CLAUDIA WILKEN
                             United States Chief District Judge