1 | Brian Hogan  SBN# 257431
  | Rubicon Legal Services
2 | 101 Broadway Ave.
  | Richmond, California 94804
3 | (510) 620-1161 (phone)
  | (510) 232-2271 (fax)
4 | bhogan@rubiconprograms.org

5 | Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| DANIEL J. RAAB,              ) |                                  |
|                              ) |                                  |
|            Plaintiff,        ) | CIVIL NO. 12-02110-CW            |
|      vs.                     ) |                                  |
|                              ) |                                  |
| MICHAEL J. ASTRUE,           ) | STIPULATION AND ORDER TO         |
| Commissioner of Social Security ) | EXTEND TIME FOR PLAINTIFF     |
|                              ) | TO FILE MOTION FOR SUMMARY       |
|            Defendant.        ) | JUDGMENT                         |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 21 days in which to file his Motion for Summary Judgment.[1]  Plaintiff's motion was due on September 10, 2012, pursuant to Civil L.R. 16-5.  Plaintiff's Motion for Summary Judgment is now due on October 1, 2012.

//
//
//
//
//
//
//
//
//

---

1. See attached Declaration of Brian Hogan on behalf of Daniel Raab.

This is Plaintiff's first request for an extension.

Dated: 9/6/2012

/S/

BRIAN HOGAN
Attorney for Plaintiff

Dated: 9/6/2012

/S/

SUNDEEP PATEL
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 9/11/2012

CLAUDIA WILKEN
United States Chief District Judge