1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA CALVERT, ISBN 6191786
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  SUNDEEP R. PATEL, CSBN 242284
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
6         San Francisco, California 94105
          Telephone:  (415) 977-8981
7         Facsimile:  (415) 744-0134
          E-Mail: Sundeep.Patel@ssa.gov
8  Attorneys for Defendant

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11 | DANIEL RAAB,                    )
12 |                                 )
   |        Plaintiff,               )   Case No. 12-02110-CW
13 |                                 )
   |   v.                            )   STIPULATION TO VOLUNTARY
14 |                                 )   REMAND PURSUANT TO SENTENCE
15 | MICHAEL J. ASTRUE,              )   FOUR OF 42 U.S.C. § 405(g) AND TO
   | Commissioner of Social Security )   ENTRY OF JUDGMENT
16 |                                 )
   |                                 )
17 |        Defendant.                )
18 |_____)

19
         IT IS STIPULATED by and between plaintiff Andrew P. Zutis ("Plaintiff") and defendant
20
   Michael J. Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel
21
   of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for
22
   further administrative proceedings.
23
         Upon remand, the Office of Disability Adjudication and Review will remand the case to an
24
   Administrative Law Judge (ALJ), who will offer Plaintiff an opportunity for a hearing, reconsider the
25
   medical source opinions offered by Dr. Pont and provide specific and legitimate reasons if rejecting any
26
   of the opinions in accordance with Social Security Ruling 96-2p; obtain if necessary, medical expert
27
28
   Stipulation for Remand Under Sentence Four          1

testimony to assist in determining the onset date of disability.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: *October 31, 2012*         By:    */s/ Sundeep Patel for Brian Hogan\**
                                          BRIAN HOGAN
                                          Attorney for Plaintiff
                                          [*authorized by email on October 31, 2012]

Dated: *October 31, 2012*                 MELINDA L. HAAG
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                   By:    *s/ Sundeep R. Patel*
                                          SUNDEEP R. PATEL
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

APPROVED AND SO ORDERED.

Dated  10/31/2012                  By: [signature]
                                          HON. CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE

Stipulation for Remand Under Sentence Four         2